AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization United States Court of Appeals Ninth Circuit | 3. Date of Report |
|---|---|---|
| Wallace, J. Clifford | | May 14, 2004 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* United States Circuit Judge Senior Status | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  _X_ Annual  ___Final | 6. Reporting Period January 1, 2003 December 31, 2003 |
|---|---|---|
| 7. Chambers or Office Address United States Courthouse 940 Front Street, #4192 San Diego, California  92101 | 8.  On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____  Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐  NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒  NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐  NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐  NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

RECEIVED May 17 1 29 PM '04 FINANCIAL DISCLOSURE OFFICE

Wallace, J. Clifford

Date of Report May 14, 2004

Financial Disclosure Report for 2003

I:     Positions

Senior Advisor on Legal Systems
and Judicial Administration

The Asia Foundation

Board of Visitors

University of San Diego
School of Law

Advisor

Institute For the Study and
Development of Legal
Systems

Advisor

Thailand Judicial Training
Institute

Advisor

ABA Center for Human
Rights

Member

Council of Visitors of
California Western School
of Law

Member

ABA/UNDP International
Legal Resource Center
(ILRC)

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | PLEASE SEE ATTACHED SHEET. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | City of Escondido | Mortgage | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

Wallace, J. Clifford　　　　　　　　　　　Date May 14, 2004
Financial Disclosure Report for 2003
IV.　Reimbursements

| Source | Description |
| --- | --- |
| 1.　United Nations Development Program/Nairobi, Kenya | Transportation, Food, Lodging, and Incidental Expenses 01/29-31/2003 |
| 2.　The World Bank Abuja, Nigeria | Transportation, Food, Lodging, and Incidental Expenses 02/1-9/2003 |
| 3.　USAID Algiers, Algeria | Transportation, Food, Lodging, and Incidental Expenses 2/10-18/2003 |
| 4.　George Mason University La Jolla, California | Food, and Lodging Expenses 3/6-9/2003 |
| 5.　Rule of Law Foundation Sydney, Australia | Transportation, Food, Lodging, and Incidental Expenses 4/7-12/2003 |
| 6.　Rule of Law Foundation Melbourne, Australia | Transportation, Food, Lodging, and Incidental Expenses 4/12-17/2003 |
| 7.　Institute for The Study & Development of Legal Systems; New Delhi, India | Transportation, Food, Lodging, and Incidental Expenses 5/1-5/2003 |
| 8.　USAID Seoul, Korea | Transportation, Food, Lodging, and Incidental Expenses 5/25-6/1/2003 |

9.  Institute for The Study
    & Development of Legal
    Systems
    Morocco

    Transportation, Food, Lodging,
    and Incidental Expenses
    7/28-8/1/2003

10. National Judicial Institute
    of Ottawa
    Ottawa, Canada

    Transportation, Food, Lodging,
    and Incidental Expenses
    8/10-12/2003

11. The Asia Foundation
    Tokyo, Japan

    Transportation, Food, Lodging,
    and Incidental Expenses
    8/29-9/6/2003

12. The Asia Foundation
    Beijing, China

    Transportation, Food, Lodging,
    and Incidental Expenses
    9/6-13/2003

13. ABA/State Department
    Bahrain

    Transportation, Food, Lodging,
    and Incidental Expenses
    9/14-18/2003

14. ABA/State Department
    Dubai

    Transportation, Food, Lodging,
    and Incidental Expenses
    9/26-29/2003

15. Cornell Law School
    Ithaca, New York

    Transportation, Food, Lodging,
    and Incidental Expenses
    11/14-16/2003

16. The Asia Foundation
    Bangkok, Thailand
    Dili, East Timor
    Jakarta, Indonesia

    Transportation, Food, Lodging,
    and Incidental Expenses

    11/17-12/3/2003

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| J. CLIFFORD WALLACE | May 14, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Part owner in mobile home, Escondido, CA | None | | L | W | Donated | | | | |
| 2 Transwest Credit Union | Int. | | J | T | | | | | |
| 3 Value Monitoring | Int. | | O | T | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
   (See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
   (See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
   (See Col. C2) U=Book value V=Other W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Attached are copies of letters which I received from Judge Pratt dated July 31, 1990, and of my response thereto dated August 30, 1990, and from Judge Julian Cook, Jr., dated October 21, 1991, and of my response thereto dated November 20, 1991.

VII.   Gave my 80% interest to  as a gift.   SEE ATTACH.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date 5/14/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Judicial Conference
of the
United States

JUL 31 1990

Hon. John D. Butt, Chairman

811 Vermont Street, N.W.
Washington, D.C. 20544

Honorable J. Clifford Wallace
United States Court of Appeals
4N25 United States Courthouse
940 Front Street
San Diego, California  92189

AUG 3 1990

Dear Judge Wallace:

This committee reviews Financial Disclosure Reports.  A committee member has reviewed your 1988 Report and has commented on the following:

You have reported in part I, "Position," that you are a Senior Advisor on Legal Systems and Judicial Administration of the Asia Foundation.  The nature of that entity and the extent of the functions that you perform in connection with it cannot be ascertained from the entry in your report.  It is clear, nevertheless, that you receive substantial non-investment income from the organization.  Your attention is invited to the provisions of Canon 5 of the Code of Conduct for United States Judges, as well as to Advisory Opinions 10, 30 and 62.

Because your position in this organization may conflict with the Code of Conduct, it is requested that you furnish the Committee with additional information reconciling your position with the proscriptions of the Code.

In Section VII, line 9, the value code used is incorrect. The monetary ranges for the applicable value codes (J-P) are set forth at the end of Section VII on the Report form.  In future Reports, please use the proper codes.

May we have a response within 30 days, in three copies, with a copy to the clerk of your copy, with the information requested. Thank you for your cooperation.

Sincerely,

John L. Pratt
Chairman

Chambers of
J. Clifford Wallace
Circuit Judge

August 30, 1990

Honorable John H. Pratt
Chairman
Judicial Ethics Committee
811 Vermont Avenue, N.W.
Washington, D.C.    20544

Dear Judge Pratt:

      I have reviewed your letter dated July 31, 1990. You raise two questions pertaining to my status as Senior Advisor on Legal Systems and Judicial Administration for The Asia Foundation.

      Your first question asks for information about the "nature" of The Asia Foundation. The Asia Foundation is a private American non-profit organization incorporated under the laws of the State of California. For over 30 years it has been assisting institutions, organizations, and individuals in Asia and the Pacific in ways that contribute to their development, and to the long-term foreign policy interests of the American people. A principal emphasis in the Foundation's program is the promotion of legal institutions and procedures that provide safeguards for the human rights of citizens of countries in Asia and the Pacific.

      Your second questions asks for information about "the extent of the functions" that I perform. Primarily, I consult with judges and others in Asia and advise The Asia Foundation on programs to improve the administration of justice in Asian countries. At times, I also give lectures or teach while in Asia.

      You have kindly called to my attention the proscriptions of the Code. I do not believe my service to The Asia Foundation violates the Code.

      Very truly yours,

J. Clifford Wallace

JCW:gpl

cc: Cathy Catterson, Esq.
    Clerk

Julian Abele Cook, Jr., Chairman

Howard C. Bratton
Dickinson R. Debevoise
Leonard I. Garth
Horace W. Gilmore
Carolyn Dineen King
Peter K. Leisure
F. A. Little, Jr.

Alan D. Lourie
Frank J. Magill
James B. Moran
Robert B. Propst
Norman P. Ramsey
Eugene A. Wright

811 Vermont Avenue, N.W.
Washington, D.C. 20544
(202) 786-7066
FTS: 786-7066
FAX: 786-6610

JUL 2 1 1991

Honorable J. Clifford Wallace
Chief Judge, United States
 Court of Appeals
4N25 United States Courthouse
940 Front Street
San Diego, California  92189

Dear Judge Wallace:

    This Committee reviews Financial Disclosure Reports.  A
Committee Member has reviewed your 1989 Report and has commented
on the following:

    In Section IV, lines 3 and 5, you have reported gifts of
transportation, food and lodging received from the Liberty Fund
and the Anglo/American Exchange.  Please provide additional
information regarding the sources and circumstances of the gifts.

    In Section VII, line 8, Subsection D, you included the
purchase of a second home.  Real property which is held as an
investment or for the production of income should be listed in
Subsections (A-C) to disclose its description (city or county and
state in which the property is located), income and value.  In
the event this is a second personal residence or a non-investment
property, you are not required to disclose any information.
Please provide the Committee with clarification of your interest
in this property.

    May we have a response within 30 days, in three copies, with
the information requested.  Thank you for your cooperation.



                    Sincerely,

                    Julian Abele Cook, Jr.
                    Chairman

Chambers of
J. Clifford Wallace
Chief Judge

November 20, 1991


Honorable Julian Abele Cook, Jr.
Chairman
Judicial Ethics Committee
811 Vermont Avenue, N.W.
Washington, D.C.    20544

Dear Judge Cook:

I have reviewed your letter dated October 21, 1991, pertaining to my 1989 Financial Disclosure report.

Section IV, lines 3 and 5 - transportation, food, and lodging received from the Liberty Fund and the Anglo/American Exchange:

Liberty Fund - this is a tax-exempt, private operating foundation established to encourage study of the idea of a society of free and responsible individuals. It conducts conferences (for people from all walks of life), publishes books, and produces films. ███████████ and I were invited to attend. This program was entitled "Law, Liberty, and Responsible Individuals." They paid our transportation, food, and lodging while we attended the conference, and I assume they did this for every participant.

Anglo/American Exchange - I was selected by Chief Justice Rehnquist to be part of the American team of judges at this event, which occurs every three to four years. It is a well-known conference. I do not know the source of the money, but I am sure that Chief Justice Rehnquist, or Justice O'Connor our team leader, could enlighten you. Do you wish further information?

Section VII, line 8, Subsection D, line 8:  This home was not purchased for investment purposes or for production of income. This is a second personal home. Because I was not sure whether or not it should be in the report, I decided to include it to be on the safe side. I will not include it in the future.

Very truly yours,

J. Clifford Wallace

JCW:gpl

August 8, 2003

███████████████
███████████████
███████████████

Dear ████████████

It is time for me to dispose of some of my assets by way of gift. I have an

80% interest in the mobile home and the land upon which it sits at Space ████████

████████████ Escondido, CA. I hereby make a gift of a 1/5th interest of

my 80% asset to each of you: ████████████████████████████████████

████████████████████████

████████████████
J. Clifford Wallace